**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GIOVANNI FAJARDO,

Plaintiff,

v.                                                          Case No. 6:11-cv-91-Orl-28GJK

THE BRACHFELD LAW GROUP,

Defendant.

_____/

**NOTICE OF SETTLEMENT**

      Plaintiff, GIOVANNI FAJARDO, (hereinafter referred to as "Plaintiff"), through

undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant

matter.


Dated: February 16, 2011                Respectfully submitted,

                                         /s Andrew I. Glenn_____
                                         Andrew I. Glenn
                                         E-mail:  Andrew@cardandglenn.com
                                         Florida Bar No. 577261
                                         J. Dennis Card, Jr.
                                         E-mail:  Dennis@cardandglenn.com
                                         Florida Bar No. 0487473
                                         Card & Glenn, P.A.
                                         2501 Hollywood Boulevard, Suite 100
                                         Hollywood, Florida 33020
                                         Telephone:  (954) 921-9994
                                         Facsimile:   (954) 921-9553
                                         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

The Brachfeld Law Group
c/o Registered Agent
Corporation Service Company
1201 Hayes Street
Tallahassee, FL 32301
Served via Regular U.S. Mail